In re Bertram, Lamar; — Plaintiff(s); applying for supervisory and/or remedial writ; Parish of Jefferson, 24th Judicial District Court, Div. “M”, No. 94-837; to the Court of Appeal, Fifth Circuit, No. 96-KH-0487.
Granted for the sole purpose of transferring the petition to the Court of Appeal, Fifth Circuit, for its consideration of the merits of relator’s claims in light of State ex rel. Simmons v. State, 93-0275 (La. 12/16/94), 647 So.2d 1094 and State ex rel. Bernard v. Cr.D.C., 94-2247 (La. 4/28/95), 653 So.2d 1174. •
JOHNSON, J., not on panel.